IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2021-CV-673

**ANNA FANCHER,**

    Plaintiff,

v.

**WALGREEN INC**.

    Defendant.

---

### NOTICE OF REMOVAL

---

Defendant Walgreen Co. (hereinafter, "Walgreens"), through its counsel, S. Jane Mitchell, of Hall & Evans, LLC, gives Notice of Removal pursuant to 28 U.S.C. §1332 *et.seq.*, 28 U.S.C. §1441 *et.seq.*, and 28 U.S.C. §1446 *et.seq.*

    1.    This matter is currently pending in the District Court for the City and County of Denver, Colorado, case number 2021CV30378, [Plaintiff's Complaint, attached as Exhibit A and Denver County District Court file documents, attached as Exhibits A through J]. Plaintiff filed her Complaint on February 2, 2021.  In her Complaint, Plaintiff asserts a claim for premises liability pursuant to C.R.S. § 13-21-115. [Exhibit A]

    2.    According to the Complaint, Plaintiff was injured when she allegedly fell in a hole in the pavement of a Walgreens' store. [Exhibit A, ¶7].  She fell on her face, sustained significant injuries and had to undergo sinus surgery.  [Exhibit A, ¶¶ 1, 7].  She claims she incurred medical bills well in excess of $100,000.00.  [Exhibit A, ¶1].

    3.    To establish its burden to show the case meets the jurisdictional amount in

controversy, a defendant can point to a plaintiff's proposed settlement amount.  McPhail v. Deere & Co., 529 F.3d 947, 956 (10th Cir. 2007).  Use of this figure at this point in the litigation is permitted to establish the amount in controversy, even if Rule 408 would later prohibit its use at trial to establish liability for or invalidity of a claim or its amount.  *Id.*  On December 1, 2020, Plaintiff made an informal settlement demand of $325,000.00. [Exhibit K] Accordingly, the amount in controversy is in excess of the jurisdictional limit.

4. Plaintiff's Complaint was served on Walgreens on February 5, 2021.  [Exhibit E]

5. According to the allegations of the Complaint, Plaintiff is a resident of Denver County, Colorado.  [Exhibit A, ¶2]

6. According to the allegations of the Complaint, Walgreens is an Illinois corporation. [Exhibit A, ¶3]

7. The grounds for removal of this matter is diversity of citizenship between the parties pursuant to 28 U.S.C. §1332.

8. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the District Court for Denver County and Plaintiff is being served with a copy of this Notice of Removal.

9. Pursuant to 28 U.S.C. § 1446(a) and pursuant to D.C.Colo.LCiv.R. 81.1(b), a copy of the following process, pleadings, and orders that were served upon Walgreen or filed in the state court action are attached as follows:

    **Exhibit A**    Complaint and Jury Demand

    **Exhibit B**    Exhibit A to Complaint

    **Exhibit C**    Civil Case Cover Sheet

| | |
|---|---|
| **Exhibit D** | Delay Reduction Order |
| **Exhibit E** | Affidavit of Service |
| **Exhibit F** | Walgreens' Motion for Enlargement of Time |
| **Exhibit G** | Walgreens' Proposed Order |
| **Exhibit H** | Order Granting Walgreens' Motion for Enlargement of Time |
| **Exhibit I** | Pre-Trial Order |
| **Exhibit J** | Denver County Case 2021CV030378 Register of Actions |

10. Walgreen has complied with all of the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCiv.R. 81.1.

WHEREFORE, Defendant Walgreens requests the removal of this case from the District Court for Denver County, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that Walgreens be afforded such further relief as this Court deems just and appropriate.

Dated this 5th day of March, 2021.

By s/ *S. Jane Mitchell*
S. Jane Mitchell
Ken Lyman
Mary K. Lanning
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Telephone: 303.628.3300
mitchellj@hallevans.com
lymank@hallevans.com
lanningm@hallevans.com

*Attorneys for Defendant Walgreen Co.*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 5th day of March, 2021, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

John Astuno, Jr., #7545
John Astuno, Jr., LLC
1290 Broadway #600
Denver, CO 80203
John.astuno@outlook.com

*s/ Melinda Glenn*

*[Original signatures on file at the offices of Hall & Evans, L.L.C.]*