| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>Address: 1437 Bannock St.<br>　　　　　Denver, CO 80202 | DATE FILED: February 2, 2021 10:20 AM<br>FILING ID: 520EA6909BDC1<br>CASE NUMBER: 2021CV30378 |
| Plaintiff:   ANNA FANCHER<br><br>v.<br><br>Defendant: WALGREENS, INC. | ▲  COURT USE ONLY   ▲ |
| *Attorneys for Plaintiff:*<br>John Astuno, Jr., #7545<br>1290 Broadway #600<br>Denver, CO 80203<br>Phone: (303) 861-7636<br>Fax: (303) 861-4190<br>John.astuno@outlook.com | Case Number:<br><br>Div: |
| **COMPLAINT AND JURY DEMAND** ||

COMES NOW, the Plaintiff, through undersigned counsel, and complains against the Defendant as follows:

### A.   OVERVIEW

1.   This is a premises liability action brought pursuant to the Colorado Premises Liability Act (PLA), C.R.S. 13-21-115.  On April 5, 2020, the Plaintiff, free from any fault or negligence, was exiting the Defendant's store and while utilizing a shopping cart of the Defendant, had a significant fall.   The cause of the fall was due to the fact that the concrete on the Defendant's premises was defective; due to the spalled concrete, the shopping cart wheels dropped into a depression on the concrete, forcing the cart to stop suddenly.   The sudden stop of the shopping cart caused the Plaintiff to fall as the cart was jammed and the Plaintiff sustained, because of the defect on the premises, significant injuries.   Due to these injuries, the Plaintiff had to undergo an elaborate sinus surgery.   The Plaintiff has incurred medical bills well in excess of $100,000.00 and has sustained injuries and damages.

**Exhibit A**

## B.   IDENTITY OF THE PARTIES

2. At all times pertinent, Anna Fancher, hereinafter referred to as "Plaintiff," resided at 2707 West 46th Avenue within the City and County of Denver, State of Colorado.

3. Walgreens, hereinafter as "Defendant," was and is an Illinois corporation licensed to do business in the State of Colorado. Its registered agent in the State of Colorado is Corporation Service Company, 1900 West Littleton Boulevard in Littleton, Colorado 80120.

## C.   VENUE/JURISDICTION

4. The acts and actions complained of herein occurred within the City and County of Denver, State of Colorado.

5. The premises of the Defendant, where the incident occurred, are located within the City and County of Denver, State of Colorado.

6. Pursuant to Rule 98 C.R.C.P., venue is appropriate within the Denver District Court.

## D.   GENERAL ALLEGATIONS
### (Premises Liability)

6. On or about April 5, 2020, the Plaintiff as a business invitee, came to the premises of the Defendant. Defendant was having a sale on soda pop, and the Plaintiff purchased approximately five "twelve-packs" of soda pop.

7. As the Plaintiff was exiting the Defendant's store, with the basket shopping cart provided by the Defendant, the shopping cart encountered a hole in the pavement of the Defendant's premises, causing the Plaintiff to fall on her face.

8. This fall was caused directly and proximately by the dangerous condition – a defect in the concrete – which existed on the premises of the Defendant.

9. The defective concrete was and is a dangerous condition which existed on the property. A photograph of the dangerous condition in question is provided herein.

10. The Plaintiff's fall was caused directly and proximately by the Defendant's unreasonable failure to exercise reasonable care to protect against dangers of which the Defendant had to know or should have known about given the fact that these defects had to have existed for a considerable period of time prior to the Plaintiff's fall.

WHEREFORE, Plaintiff prays for judgment against the Defendant in a sum reasonable, for costs of this action, interest at the legal rate, expert witness fees and for such other and further relief as

this Honorable Court deems just and proper in the premises.

PLAINTIFF REQUESTS THAT THIS MATTER BE HEARD BY A<br>JURY OF SIX (6) PERSONS.

Dated this 2nd day of February, 2021

                Respectfully submitted,

                *Per Rule 121 signature on file in law office of John Astuno, Jr.*

                */s/ John Astuno, Jr.*
                John Astuno, Jr.

Address of Plaintiff:

2707 West 46th Avenue
Denver, CO 80211